1    Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)

2    Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**

3    A Professional Corporation
18400 Von Karman Avenue, Suite 800

4    Irvine, California 92612-0514
Telephone: (949) 760-1121

5    Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

6

   Attorneys for Plaintiff DIRECTV, INC.

7

8                **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN JOSE DIVISION**

| | |
|---|---|
| 11   DIRECTV, INC., a California corporation, | Case No. CV-05-0007 PVT |
| 12            Plaintiff, | Hon. Patricia V. Trumbull |
| 13          vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT** |
| 14   JASON DURIE, | **JASON DURIE AND REQUEST TO RETAIN JURISDICTION; [PROPOSED]** |
| 15           Defendant. | **ORDER THEREON** |

16

17       IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

18   ("DIRECTV") and Defendant Jason Durie ("Defendant"), through their respective counsel of

19   record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to

20   Fed. R. Civ. P. 41(a)(1), as to Defendant.  Each of said parties to bear its/his own costs and

21   attorneys' fees.

22       The terms of the Confidential Settlement Agreement dated October 7, 2005

23   ("Agreement") entered into between Defendant and DIRECTV require the performance of certain

24   obligations by Defendant that will not be completed until December 2007.  If Defendant does not

25   timely or fully perform these obligations when due, DIRECTV is authorized to seek enforcement

26   of those obligations in this Court.  The parties therefore have consented, and hereby further

27   stipulate and consent to, the retention of jurisdiction over them by this Court and to reference to a

28   Magistrate Judge in this District for the purpose of enforcing those obligations of the Agreement,

BNFY 711376v1                    -1-                   (CV-05-0007 PVT)

1 | as defined therein.  The parties therefore respectfully request that the Court retain such

2 | jurisdiction.

3 | DATED: November /5, 2005          Respectfully Submitted,

4 |                                   BUCHALTER NEMER
                                      A Professional Corporation
5 |

6 |

7 |                                   By:_____
                                           Brandon Q. Tran
8 |                                   Attorneys for Plaintiff DIRECTV, Inc.

9 | DATED: November 15, 2005          PARR LAW GROUP

10 |

11 |                                  By:_____
                                              Shawn R. Parr
12 |                                 Attorneys for Defendant JASON DURIE

13 |

14 |                                  **ORDER**

15 |          HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary

16 | Dismissal of Defendant Jason Durie and Request to Retain Jurisdiction, and such other pleadings,

17 | documents and records deemed appropriate by the Court, and good cause appearing therefore, IT

18 | IS HEREBY ORDERED:

19 |          (1)     Defendant JASON DURIE ("Defendant") is hereby dismissed from this

20 | action without prejudice;

21 |          (2)     Each of said parties to bear its/his own costs and attorneys' fees; and

22 | / / /

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

BNFY 711376v1                          -2-                    (CV-05-0007 PVT)
**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT JASON DURIE AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1    (3)    The Court shall retain jurisdiction over DIRECTV and Defendant to

2  enforce the terms described above of the Settlement Agreement between those parties dated

3  October 7, 2005 and hereby refers any further proceedings in this action to enforce such terms of

4  the Settlement Agreement to a Magistrate Judge of this District.

5

6  Dated: *1/3/06*

   Honorable Patricia V. Trumbull
7  United States District Court
   Northern District of California

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT JASON DURIE AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**